PEOPLE ex rel. MARTIN, Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Proceedings by the people of the state of New York, on the relation of Bradley Martin, against Thomas Feitner and others. J. T. Davies, for appellant. J. M. Ward, for respondents.

PER CURIAM. Order affirmed, with costs, on opinion of ANDREWS, J., in the court below. See 68 N. Y. Supp. 535.

INGRAHAM, J., dissents.

PEOPLE ex rel. MAUCH, Appellant, v. SUPERINTENDENT, ETC., OF STATE INDUSTRIAL SCHOOL, Respondents. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Proceedings by the people of the state of New York, on the relation of Frank Mauch, against the superintendent and board of managers of the State Industrial School. No opinion. Order affirmed.

PEOPLE ex rel. OAKWOOD et al., Respondents, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Proceedings by the people of the state of New York, on the relation of Oakwood and others, against the city of Syracuse. No opinion. Order affirmed, with costs.

PEOPLE ex rel. PALMER, Respondent, v. FRIES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 2, 1901.) Proceedings by the people of the state of New York, on the relation of Oscar C. Palmer, against William Fries and others.

PER CURIAM. For the reason that the record in this case contains no decision within the rule laid down in Village of Palmyra v. Wynkoop, 53 Hun, 82, 6 N. Y. Supp. 62, and for the further reason that the case apparently presents an abstract question only, the term of office in question having expired, the court declines to consider this case.

PEOPLE ex rel. TOWN OF NORTH SALEM, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1901.) Proceedings by the people of the state of New York, on the relation of the town of North Salem, against the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. TOWN OF OYSTER BAY v. WOODRUFF et al., Land-Office Com'rs, Respondents. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Proceedings by the people of the state of New York, on the relation of town of Oyster Bay,

against Timothy L. Woodruff and others, as commissioners of the land office of the state of New York.

PER CURIAM. Reargument ordered on the questions (1) whether the determination of the land board is a final determination within the provisions of subdivision 1 of section 2122 of the Code of Civil Procedure, and (2) whether the relator is a party aggrieved within the provisions of section 2127 of the Code of Civil Procedure.

PEOPLE ex rel. WARD v. SCHEU. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Proceedings by the people of the state of New York, on the relation of Francis C. Ward, against Augustus F. Scheu.

PER CURIAM. Ordered that this case be placed at the head of the day calendar for Tuesday, March 26th, and that the motion for a stay be granted, and all proceedings on the judgment herein are hereby stayed until the hearing and determination of the appeal.

PFEFFER v. KLING et al. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Norberth Pfeffer against Philip Kling and others. No opinion. Motion granted, with $10 costs.

PICKETT, Respondent, v. TOWN OF WEST MONROE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1901.) Action by Garrett Pickett against the town of West Monroe. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 68 N. Y. Supp. 1146.

PIERCE, Appellant, v. PIERCE, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 4, 1901.) Action by John Pierce against Sarah Pierce, as executrix. No opinion. Judgment affirmed, with costs.

PILLING, Respondent, v. WOLCOTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Action by John H. Pilling against Ned H. Wolcott. No opinion. Order affirmed, with $10 costs and disbursements.

POWELL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by John J. Powell against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.